# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**HOWARD GOLDFINGER, individually
and on behalf of all others similarly situated**,

Plaintiff,

V.   CASE NUMBER: **15-C-12**

**JOURNAL COMMUNICATONS, INC.,
STEVEN J. SMITH,
DEAN H. BLYTHE,
DAVID J. DRURY,
JONATHAN NEWCOMB,
MARY ELLEN STANEK,
OWEN J. SULLIVAN,
JEANETTE TULLY,
THE E.W. SCRIPPS COMPANY,
SCRIPPS MEDIA, INC.,
DESK SPINCO, INC.,
SCRIPPS NP OPERATING LLC.,
DESK NP MERGER CO.,
DESK BC MERGER LLC,
BOAT SPINCO, INC.,
BOAT NP MERGER CO., and
JOURNAL MEDIA GROUP,**

Defendants.

☐   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by Court.  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff's action, on behalf of common stockholders of Journal Communication, Inc. alleging violations of the Securities Exchange Act in connection with the proposed merger between Journal Communications and the E. W. Scripps Company, is DISMISSED pursuant to Federal Rule of Civil Procedure 12(b)(6). The plaintiff's action does not state a Section 14(a) claim of the Securities Exchange Act and the plaintiff failed to satisfy the Private Securities Litigation Reform Act.

The state law claims are DISMISSED for want of prosecution

The defendant's motions to dismiss are GRANTED.

This action is hereby TERMINATED.

| | |
|---|---|
| May 11, 2015 | **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |